IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

I: A MAN; VICTOR PERFILIO

    Plaintiff,

v.

COREY DUMONT

    Defendant.

3:17-CV-2036
(JUDGE MARIANI)

FILED
SCRANTON
MAR 2 1 2018

PER _____
DEPUTY CLERK

## ORDER

AND NOW, THIS 20th DAY OF MARCH, 2018, upon consideration of Magistrate Judge Arbuckle's Report and Recommendation ("R&R") (Doc. 5) for clear error or manifest injustice, in conjunction with Magistrate Judge Arbuckle's Order dated November 6, 2017 (Doc. 3), **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 5) is **ADOPTED** for the reasons set forth therein as well as for the reasons set forth in the Magistrate Judge's November 6, 2017 Order (Doc. 3).
2. Plaintiff's Complaint is **DISMISSED**.
3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

Robert D. Mariani
United States District Judge